**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, RONALD S. WILSON**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. WILSON,<br><br>    Plaintiff,<br>v.<br><br>ORCHARD SUPPLY HARDWARE STORES CORPORATION, a Delaware corporation, ORCHARD SUPPLY HARDWARE LLC, a Delaware Limited Liability Company, JOANN H. HOSKING, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:08-CV-03086 MCE EFB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff **RONALD S. WILSON** and Defendants **ORCHARD SUPPLY HARDWARE STORES CORPORATION, ORCHARD SUPPLY HARDWARE LLC, and JOANN H. HOSKING** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the entire above-captioned action as to all parties with prejudice, each party to bear his/her/its own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss the entire action as to all parties with prejudice.

PDF created with pdfFactory trial version www.pdffactory.com

**SINGLETON LAW GROUP**

Dated: May 29, 2009    /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaint
**RONALD S. WILSON**

**LELAND, SCHULTZ & MORRISSEY LLP**

Dated: May 25, 2009    /s/ Andrew J. Morrissey
ANDREW J. MORRISSEY, Attorneys for
Defendant **JOANN H. HOSKING**

**EISENBERG RAIZMAN THURSTON
& WONG LLP**

Dated: June 18, 2009    /s/ Elena S. Min
ELENA S. MIN, Attorneys for Defendants
**ORCHARD SUPPLY HARDWARE STORES
CORPORATION, ORCHARD SUPPLY
HARDWARE LLC**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>WILSON v ORCHARD SUPPLY, et al.</u>, Case Number 2:08-cv-3086 MCE EFB, is dismissed in its entirety as to all parties with prejudice with each party to bear his/her/its own attorneys fees and costs. The Clerk of Court is directed to close the file.

DATED: July 24, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE